IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KASAA BUILDING SYSTEMS & CONSTRUCTION, INC., <br><br> Defendant. | 4:24CV3081 <br><br><br> **ORDER** |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

1) On or before August 19, 2024, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3) All pending motions are denied as moot.

4) The Clerk shall terminate any pretrial and trial settings and any hearings set for this case.

2

Dated this 22nd day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge