IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KASAA BUILDING SYSTEMS & CONSTRUCTION, INC., <br><br> Defendant. | 4:24CV3081 <br><br> **ORDER OF DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 15). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 20th day of August, 2024.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge